# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0887
LT Case No. 2020-00904-CFFA

_____

JEVANTE TYQUAN HAMILTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Flagler County.
Christopher A. France, Judge.

Matthew J. Metz, Public Defender, and Jane Almy, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Daniel
Caldwell, Assistant Attorney General, Daytona Beach, for
Appellee.

July 30, 2024

PER CURIAM.

AFFIRMED.

WALLIS, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____